# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 05-00642-MLG | Date | May 18, 2009 |
|---|---|---|---|
| Title | Capella University v. Jeffry La Marca | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| Terri Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:                Attorneys Present for Defendant:

**Proceedings:**     Order to Show Cause

    For the third time since this case settled on January 14, 2009, Plaintiff Capella University seeks an order requiring Defendant Jeffry La Marca to comply with the terms of the settlement agreement. Capella contends that La Marca has failed to execute and return to Capella the original agency letters, providing email copies with an electronic signature instead. Additionally, Capella alleges that La Marca has failed to execute the certification regarding third-party websites on which he has posted.

    IT IS ORDERED that Jeffry La Marca shall appear before this Court on Tuesday, June 9, 2009, at 10:00 a.m., and show cause why he should not be held in contempt for failure to comply with the settlement agreement and this Court's orders of February 19, 2009 and March 30, 2009 .

                                                                                                   :

Initials of Clerk     ts